UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-22809-CIV-ALTONAGA/Goodman

THE HARTFORD STEAM BOILER
INSPECTION AND INSURANCE COMPANY,

     Plaintiff,

vs.

SPACE 01 CONDO ASSOCIATION, INC.,

     Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, by and through its undersigned counsel hereby files this Notice of Settlement and advises the Court that the parties to the above-captioned matter reached a settlement in this matter.

BUTLER WEIHMULLER KATZ CRAIG LLP

THOMAS A. KELLER, ESQ.
Florida Bar No.:  0153354
tkeller@butler.legal
Secondary:   lfarrell@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:   (813) 281-0900
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically by CM/ECF system on October 16, 2020 on all counsel or parties of record on the Service List Below.

David Low, Esq.
Jordi Iturrizaga, Esq.
David Low & Associates, P.A.
2101 West Commercial Blvd., Ste. 2800
eservice@davidlowpa.com
jiturrizaga@davidlowpa.com
*Attorneys for Defendant*


_____
THOMAS A. KELLER, ESQ.