UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22809-CIV-ALTONAGA/Goodman

**THE HARTFORD STEAM BOILER
INSPECTION AND INSURANCE COMPANY**,

    Plaintiff,
vs.

**SPACE 01 CONDO ASSOCIATION, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Settlement [ECF No. 67], filed on October 16, 2020. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action remains administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

**DONE AND ORDERED** in Miami, Florida, this 16th day of October, 2020.

                                                        _____
                                                        **CECILIA M. ALTONAGA**
                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record