UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-22809-CIV-ALTONAGA/Goodman

THE HARTFORD STEAM BOILER
INSPECTION AND INSURANCE COMPANY,

    Plaintiff,
vs.

SPACE 01 CONDO ASSOCIATION, INC.,

    Defendant.
_____/

## **STIPULATION FOR FINAL DISMISSAL**

Please take notice that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is stipulated and agreed between undersigned counsel for Plaintiff, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, and Defendant, SPACE 01 CONDO ASSOCIATION, INC., that this cause should be dismissed, with prejudice. The parties have settled this matter in full and Plaintiff hereby dismisses Defendant from the action with prejudice, and the Defendant hereby dismisses the counterclaim against Plaintiff with prejudice.

| BUTLER WEIHMULLER KATZ CRAIG LLP | DAVID LOW & ASSOCIATES, P.A. |
|---|---|
| s/ Thomas A. Keller | s/ Christina Zanakos |
| THOMAS A. KELLER, ESQ. | DAVID LOW, ESQ. |
| Florida Bar No.: 0153354 | Florida Bar No.: 67957 |
| tkeller@butler.legal | david@davidlowpa.com |
| Secondary: lfarrell@butler.legal | CHRISTINA ZANAKOS, ESQ. |
| 400 N. Ashley Drive, Suite 2300 | Florida Bar No.: 118518 |
| Tampa, Florida  33602 | czanakos@davidlowpa.com |
| Telephone:   (813) 281-1900 | Secondary: eservice@davidlowpa.com |
| Facsimile:    (813) 281-0900 | 2101 West Commercial Blvd., Ste. 2800 |
| *Attorneys for Plaintiff* | Fort Lauderdale, Florida 33309 |
| | Telephone: (305) 935-8986 |
| | Facsimile: (305) 675-2685 |
| | *Attorneys for Defendant* |